IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOE F. COOPER,<br><br>Plaintiff,<br><br>v.<br><br>RYAN FUTTY and<br>ADEREMI ANTWI,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 25-1385-CFC-SRF |

**ORDER**

At Wilmington on this 14th day of August in 2026, having considered the Report and Recommendation by United States Magistrate Judge Sherry R. Fallon filed on July 27, 2026 (D.I. 23), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 23) is **ADOPTED**.

2. Defendant Futty's Motion to Dismiss (D.I. 7) is **GRANTED** and Plaintiff's claims against defendant Futty are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6).

3. Plaintiff is granted leave until on or before **September 14, 2026** to file an amended complaint remedying the deficiencies noted in the Report and Recommendation.

Chief Judge